# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAUNI SUE CAUTHON,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. CIV-20-301-RAW-KEW |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On March 15, 2022, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 21]. The Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 22]. Claimant objects to the Magistrate Judge's Report and Recommendation and states that the ALJ failed to properly account for her additional impairments in the hypothetical questions and the RFC, the ALJ failed to consider and account for Claimant's severe obesity effects, and the ALJ failed to properly develop the record and account for Claimant's mental impairments.

Upon consideration of the record and the issues herein, this court finds that the Magistrate Judge addressed the issues set for by the claimant, and the Magistrate Judge's

recommendation to affirm the ALJ is well-supported.  The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order.  The decision of the Commissioner is affirmed.

**IT IS SO ORDERED** this 30th day of March 2022..

.

_____
**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**

2